# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,** | |
| Plaintiff, | Case No. 2:14-cv-482 |
| v. | **CONSOLIDATED CASE** |
| **SCHOOL SPECIALTY, INC.,** | **LEAD CASE** |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day the Court considered the Agreed Motion to Dismiss with Prejudice between Plaintiff eDekka LLC ("eDekka") and Defendant School Specialty, Inc. ("School Specialty"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by eDekka against School Specialty are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 20th day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE